IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01276-CMA-MJW

ENDEAVOR MESHTECH, INC.,

Plaintiff,

v.

FREEWAVE TECHNOLOGIES, INC.,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Amend Order Setting Rule 16(b) Scheduling Conference (Docket No. 9) is granted in part as follows.  The Scheduling Conference set on August 25, 2015, at 9:00 a.m. is VACATED and RESET on September 24, 2015, at 10:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The proposed Scheduling Order shall be filed on or before September 17, 2015.

     The court notes that in its Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Pilot Program Consent Form (Docket No. 6), which was filed eight weeks ago, this court directed plaintiff to FORTHWITH serve the defendant.  Nevertheless, plaintiff states in the instant motion (Docket No. 9 at 2) that it has not yet served the defendant.  Plaintiff shall forthwith comply with that directive or shall show cause at the September 24, 2015, conference why sanctions should not be imposed based upon the plaintiff's failure to comply with the court's order.

Date: August 12, 2015