IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01276-CMA-MJW

ENDEAVOR MESHTECH, INC.,

Plaintiff,

v.

FREEWAVE TECHNOLOGIES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Joint Motion to Enter Protective Order (docket no. 23) is **GRANTED** finding good cause shown.  The written Protective Order (docket no. 23-1) is **APPROVED** as amended in paragraph 16 and made an Order of Court.

It is **FURTHER ORDERED** that the parties shall use the correct case number on all future filings.  The correct case number is **15-cv-01276-CMA-MJW.**

Date: October 19, 2015