**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-01276-CMA-MJW

ENDEAVOR MESHTECH, INC.,

    Plaintiff,

v.

FREEWAVE TECHNOLOGIES, INC.,

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

This matter is before the Court on the parties' joint Stipulated Motion to Dismiss with Prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court concludes that good cause exists for its approval.

Accordingly, it is ORDERED that, pursuant to the instant Motion, this case is dismissed WITH PREJUDICE in its entirety, and each party is to bear its own costs, expenses and attorney fees.

DATED: November 24, 2015

                                                BY THE COURT:

                                                */s/ Christine M. Arguello*

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge